IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**FRANCES GATEWOOD**                                                                                                    **PLAINTIFF**

v.                                        Case No. 3:20-cv-00129 KGB

**RYDER TRUCK RENTAL, INC.**
**and LEROY DONTAE WILLIAMS**                                                              **DEFENDANTS**

## ORDER

Before the Court is the parties' joint stipulation of dismissal without prejudice as to separated defendant Ryder Truck Rental, Inc., only (Dkt. No. 9). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

For good cause shown, the Court adopts the stipulation of dismissal. The action is dismissed without prejudice as to separate defendant Ryder Truck Rental, Inc. only, and each party will bear their own costs and fees.

It is so ordered this 22nd day of October, 2020.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge