IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**FRANCES GATEWOOD**                                                                                     **PLAINTIFF**

v.                                    Case No. 3:20-cv-00129-KGB

**LEROY DONTAE WILLIAMS,**                                                                **DEFENDANTS**
**CENTRAL CARRIERS, LLC,**
**and DOES 1-5;**

## AGREED AMENDED SCHEDULING ORDER

Come now the Plaintiff, Frances Gatewood, and Defendants, Central Carriers, LLC and Leroy Dontae Williams, by and through their attorneys, Vicki L. Gilliam and Jason A. Lee, and ask that this Court find an Order as follows:

1. That a modification of the current Final Scheduling Order is necessary specifically as to expert disclosures and reports.

2. That the new proposed Scheduling Order keeps the trial date that this Court has set for the week of November 15, 2021.

3. That the time to make case-in-chief expert disclosures, including reports, be extended to August 1, 2021 and that the expert rebuttal disclosures, including reports, be extended to September 1, 2021.

WHEREFORE, this Court approves the parties' proposed Order and orders that they shall supplement and amend the original Final Scheduling Order as set out above.

IT IS SO ORDERED.

_____
THE HON. KRISTINE G. BAKER

- 1 -

AGREED AS TO FORM:

THE GILLIAM FIRM, PLLC
106 Town Sq.
Brandon, MS 39042
Telephone: (601) 488-4044
Email: gilliam@gilliamfirm.com

BY: /s/ Vickie L. Gilliam
 Vicki L. Gilliam (AR Bar No. 2002045)
 *Attorney for Plaintiff*


GILL RAGON OWEN, P.A.
425 West Capitol Avenue, Suite 3800
Little Rock, Arkansas 72201
Telephone: (501) 376-3800
Facsimile: (501) 372-3359
Email: lee@gill-law.com

BY: /s/ Jason A. Lee
 JASON A. LEE, Ark. Bar No. 2002062
 *Attorney for Defendants*