IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**FRANCES GATEWOOD**                                                                          **PLAINTIFF**

v.                                   Case No. 3:20-cv-00129-JM

**CENTRAL CARRIERS, LLC,**
**LEROY DONTAE WILLIAMS**
**AND UNKNOWN DEFENDANTS 1-5**                                                **DEFENDANTS**

## ORDER OF DISMISSAL WITH PREJUDICE

Now on this day, it appearing to the Court that the Plaintiff, Frances Gatewood, and Defendants, Central Carriers, LLC, and Leroy Dontae Williams, have fully compromised and settled to the mutual satisfaction of the aforementioned parties, the above styled case should be and hereby is dismissed with prejudice.

IT IS SO ORDERED this 14th day of September, 2021.

_____
HONORABLE JAMES M. MOODY, JR.

**Prepared by:**
GILL RAGON OWEN, P.A.
425 W. Capitol, Suite 3800
Little Rock, Arkansas  72201
Telephone:  (501) 376-3800
Facsimile:  (501) 372-3359
Email:  lee@gill-law.com
*Attorneys for Defendant*

By: */s/ Jason A. Lee*
    Jason A. Lee (AR Bar No. 2002062)

**Approved by:**
THE GILLIAM FIRM, PLLC
106 Town Sq.
Brandon, MS 39042
Telephone: (601) 488-4044
Email: gilliam@gilliamfirm.com

BY:  */s/ Vicki L. Gilliam*
    Vicki L. Gilliam (AR Bar No. 2002045)
    *Attorney for Plaintiff*